IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:24CR3095 |
| vs. | INDICTMENT |
| LUIS ALEJANDRO BERDUGO BARRAZA, and CARLOS PADRON, | 18 U.S.C. § 371<br>18 U.S.C. § 2113(b) and 18 U.S.C. § 2 |
| Defendants. | |

The Grand Jury charges that:

## COUNT I

From on or about August 7, 2024, and continuing through on or about October 26, 2024, in the District of Nebraska and elsewhere, the defendants, LUIS ALEJANDRO BERDUGO BARRAZA, CARLOS PADRON, and other individuals known and unknown to the Grand Jury, knowingly conspired and agreed with each other to commit acts and offenses against the laws of the United States, namely the taking and carrying away, with intent to steal and purloin, money, property, and a thing of value exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of any bank, credit union, or any savings and loan association, in violation of Title 18, United States Code 2113(b), and took an overt act in furtherance of the conspiracy.

### Overt Acts

In furtherance of the conspiracy and to effect its objects, at least one of the conspirators committed at least one of the following acts:

1

1. On or about or between October 25 and October 26, 2024, BARRAZA and PADRON stole a hard drive valued at approximately $5,000 - $10,000 from a bank Interactive Teller Machine ("ITM") in Lincoln, Nebraska.

2. On or about or between August 7 and August 8, 2024, BARRAZA stole, or aided and abetted in stealing, approximately $59,180 from bank Automated Teller Machines ("ATM") in Stony Brook, New York.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

On, about, or between October 25 and October 26, 2024, in the District of Nebraska, the defendants, LUIS ALEJANDRO BERDUGO BARRAZA, and CARLOS PADRON, did take or attempt to take and carry away, with intent to steal and purloin, money, property, and a thing of value exceeding $1000.00, belonging to, and in the care, custody, control, management, and possession of a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid and abet the same.

In violation of Title 18, United States Code, Section 2113(b) and Title 18, United States Code Section 2.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
DANIEL PACKARD, #21991
Assistant U.S. Attorney