## NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America, | * | **USCA8 No. _____** |
| Plaintiff, | * | |
| | * | *District Court Docket Number* |
| vs. | * | **4:24-cr-3095** |
| | * | |
| Carlos Padron, | * | *District Court Judge* |
| Defendant. | * | **The Honorable Susan M. Bazis** |
| | * | |
| | * | |

NOTICE IS GIVEN that Defendant appeals to the U.S. Court of Appeals for the Eighth Circuit from the:

-Judgment imposed on June 22, 2026, and entered on June 25, 2026.

-Defendant has also indicated he wants to allege ineffective assistance of counsel

Carlos Padron, Defendant,

By /s/ *Justin Kalemkiarian*
Justin Kalemkiarian, #25415
Liberty Law Group, LLC
1201 "O" Street, Suite 101
Lincoln, NE 68508
Ph : (402) 948-0420
Fax : (402) 285-7148
justin@libertylawgroup.com

---

### TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

✓ **Please prepare a transcript of**:
✓ Pre-trial proceedings
✓ Testimony
✓ Sentencing
❏ Post Trial Proceedings
❏ Other (Specify):

❏ **I am not ordering a transcript because:**
❏ Previously filed:
❏ Other (Specify):

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

2. I have completed and attached an Information Sheet to this Notice of Appeal.


Attorney's signature: /s/ *Justin Kalemkiarian*  Date: July 9, 2026

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:

    Carlos Padron
    Saline County Jail
    911 S. Main St.
    Wilber, NE  68465

2. Date of Judgment:  June.25, 2026       Jury            Non-Jury X

    Offenses:    **18 USC § 371; 18 USC § 1030(a)(5)(A), (c)(4)(B), and 2**

    Trial Testimony - Number of Days **NA**          Bail Status: **BOP custody**

3. Sentence and Date Imposed:  **Ct. 1: 60 months, Ct. 2: 78 Months; Concurrent; 3 years TSR on each count, concurrent**

4. Appealing:     Sentence ❑       Conviction ❑        Both ✓

5. Date Trial Transcript ordered by Counsel or District Court: 7/8/2026
    Stenographer in Charge:    Lisa Grimminger
    (Name, Address, Phone)     100 Centennial Mall, Lincoln, NE 68506
                               (402) 437-1900

6. Trial Counsel was:    ✓ Appointed    ❑ Retained

    Does Defendant's financial status warrant appointment as counsel on appeal?
                 ✓ Yes           ❑ No

    Affidavit of Financial Status filed: Undersigned counsel is not aware when an affidavit was filed. Prior CJA Counsel was appointed November 25, 2024, and undersigned Counsel was appointed on or about June 5, 2025.

    Is there reason why trial counsel should not be appointed as counsel on appeal?
                 ✓ Yes, Defendant wants to allege ineffective assistance

7. Assistant U.S. Attorney Name and Phone Number:
    **Daniel Packard, #21991**
    **(402) 437-5241**

## Court Reporter Acknowledgment

_____    _____    _____
Date Order Received     Estimated Completion Date     Est. No. of Pages


_____         _____
Court Reporter's Signature                 Date